```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LAVELLE PHILLIPS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Nos.  CR-S-12-00292 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | TO CONTINUE STATUS CONFERENCE |
| LAVELLE PHILLIPS ) | |
| ) | Date:  October 11, 2012 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Morrison C. England |

The parties request that the status conference in this case be continued from September 13, 2012, to October 11, 2012 at 9:00 a.m. They stipulate that the time between September 13, 2012 and October 11, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to review and investigate the facts of the case and to negotiate a resolution to this matter.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

Dated: September 12, 2012         Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender


                                  */s/ Douglas Beevers*
                                  _____
                                  DOUGLAS BEEVERS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  LAVELLE PHILLIPS


Dated: September 12, 2012         BENJAMIN B. WAGNER
                                  United States Attorney


                                  */s/ Jason Hitt*
                                  _____
                                  JASON HITT
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


**ORDER**

　　UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for September 13, 2012, be continued to October 11, 2012, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

Stip and Order                         -2-

It is ordered that time from the date of this Order, to and including, the October 11, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

IT IS SO ORDERED.

Dated: September 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE