DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LAVELLE PHILLIPS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Nos.  CR-S-12-00292 MCE |
| )                                     | |
| Plaintiff,           )                | |
| )                                     | STIPULATION AND ORDER |
| v.                                ) | TO CONTINUE STATUS CONFERENCE |
| )                                     | |
| LAVELLE PHILLIPS                  ) | |
| )                                     | Date:  November 29, 2012 |
| Defendant.           )                | Time:  9:00 a.m. |
| )                                     | Judge: Hon. Morrison C. England |
| _____ )     | |

The parties request that the status conference in this case be continued from October 11, 2012, to November 29, 2012 at 9:00 a.m. They stipulate that the time between October 11, 2012 and November 29, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to review and investigate the facts of the case and to negotiate a resolution to this matter.

///

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

Dated: October 10, 2012          Respectfully submitted,

                                 DANIEL BRODERICK
                                 Federal Defender


                                 */s/ Douglas Beevers*
                                 _____
                                 DOUGLAS BEEVERS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 LAVELLE PHILLIPS

Dated: October 10, 2012          BENJAMIN B. WAGNER
                                 United States Attorney


                                 */s/ Jason Hitt*
                                 _____
                                 JASON HITT
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

Stip and Order                   -2-

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for October 11, 2012, be continued to November 29, 2012, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the November 29, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: October 15, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE