```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LAVELLE PHILLIPS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LAVELLE PHILLIPS<br><br>        Defendant. | No.  2:12-cr-00292 MCE<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>Date:  December 6, 2012<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England |

The parties request that the status conference in this case be continued from November 29, 2012, to December 6, 2012 at 9:00 a.m. They stipulate that the time between November 29, 2012 and December 6, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to review newly obtained discovery, investigate the facts of the case and to negotiate a resolution to this matter. The parties stipulate and agree that the interests of justice served by granting this continuance

1  outweigh the best interests of the public and the defendant in a speedy
2  trial. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.
3  Dated: November 27, 2012                Respectfully submitted,
4                                          DANIEL BRODERICK
                                           Federal Defender
5
6                                          */s/ Douglas Beevers*
   _____
7                                          DOUGLAS BEEVERS
                                           Assistant Federal Defender
8                                          Attorney for Defendant
                                           LAVELLE PHILLIPS
9
10 Dated: November 27, 2012                BENJAMIN B. WAGNER
                                           United States Attorney
11
12                                         */s/ Jason Hitt*
   _____
13                                         JASON HITT
                                           Assistant United States Attorney
14                                         Attorney for Plaintiff
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip and Order                             -2-

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for November 29, 2012, be **continued to December 6, 2012, at 9:00 a.m.** Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the December 6, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: December 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE