```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  LAVELLE PHILLIPS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No.  2:12-CR-00292 MCE |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER |
| v. | ) TO CONTINUE STATUS CONFERENCE |
|  | ) |
| LAVELLE PHILLIPS | ) |
|  | ) Date: January 3, 2013 |
| Defendant. | ) Time: 9:00 a.m. |
|  | ) Judge: Hon. Morrison C. England |
| _____ | ) |

The parties request that the status conference in this case be continued from December 6, 2012, to January 3, 2013 at 9:00 a.m. They stipulate that the time between December 6, 2012 and January 3, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

///

///

Specifically, defense counsel needs additional time to review newly obtained discovery, investigate the facts of the case and to negotiate a resolution to this matter. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

Dated: December 6, 2012               Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender


                                      */s/ Douglas Beevers*
                                      _____
                                      DOUGLAS BEEVERS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      LAVELLE PHILLIPS

Dated: December 6, 2012               BENJAMIN B. WAGNER
                                      United States Attorney


                                      */s/ Jason Hitt*
                                      _____
                                      JASON HITT
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

///

///

///

Stip and Order                        -2-

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for December 6, 2012, be continued to January 3, 2013, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the January 3, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: December 26, 2012

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE